# EXHIBIT E

☎ (833) 428-0873   Sign in or Create an account   My Account   My Favorites   Gift Certificates   Search




Top Rated Local®
Online Store

**SHOP ALL** ▾                                                                                 🛒 **MY CART (0)**

# SEARCH RESULTS

## Search Results for "akiane kramarik"                                          [Show Search Form]

**Did you mean:** asian kramarik

[ Products ] [ News & Information ]

Did you mean to browse one of the following categories instead?
- Gifts > Inspirational Art for the Home > Icons & Religious Art > Framed Religious Art

SORT BY: Relevance ▾

---



**Akiane: Her Life, Her Art, Her Poetry**                                      
$19.99

Ten-year-old prodigy Akiane Kramarik shares her artwork, poetry, and the fascinating story surrounding her talent. Growing up in a home with an atheistic mother and a non-participating Catholic father did not stop four-year-old Akiane Kramarik from...

**Add To Cart**

---



**Prince of Peace-And He shall be called, 13x11in**                            
$70.00

Prince of Peace as seen in the NEW YORK TIMES BESTSELLER, Heaven Is For Real! Child prodigy Akiane Kramarik painted this image when she was only eight years old. In the book Colton Burpo tells his dad how he went to heaven, when he was desperately...

**Add To Cart**

---



**Prince of Peace, Framed Artwork 13.5 x14.5in**                                
$98.00

Overall dimensions of picture: 12.5" H x 14.5" W x 3"D. No matting. Prince of Peace as seen in the NEW YORK TIMES BESTSELLER, Heaven Is For Real! Child prodigy Akiane Kramarik painted this image when she was only eight years old. In the...

---



















Document title: St. Jude Shop, Inc. - Search Results for &quot;akiane kramarik&quot;
Capture URL: https://www.stjudeshop.com/search.php?search_query=akiane+kramarik&amp;Search=
Capture timestamp (UTC): Mon, 12 Aug 2019 18:53:21 GMT
Page 2 of 2