AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ART AKIANE LLC

V.

MARDEL, INC., ST. JUDE SHOP, INC., and CHRISTIANBOOK, LLC

CASE NUMBER: 20-cv-05643

ASSIGNED JUDGE: John J. Tharp, Jr.

DESIGNATED MAGISTRATE JUDGE: Sunil R. Harjani

TO: (Name and address of Defendant)

St. Jude Shop, Inc.
21 Brookline Blvd.
Havertown, PA 19083-3898

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Adam Wolek
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



December 15, 2020

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12/18/2020  9:15am |
| NAME OF SERVER (PRINT)  Joseph Valentine | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Accepted by Jeanette Sulpezio Manager, at 21 Brookline Blvd, Havertown, PA 19083

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/2020  _____
             Date          Signature of Server

             _____
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.