UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Art Akiane LLC
                              Plaintiff,

v.                                                  Case No.: 1:20−cv−05643
                                                      Honorable John J. Tharp Jr.

Mardel, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 22, 2020:

       MINUTE entry before the Honorable John J. Tharp, Jr: The parties are directed to review the procedures for initial status reports, located at [https://www.ilnd.uscourts.gov/judge−info.aspx?79e F+7uiX7ewBj/ITKrjoA==] and to submit an initial status report by 1/15/21. The report should include a proposed case management schedule reflecting any disputes between the parties as to the proposed schedule. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.