EXHIBIT A

# EXHIBIT 2



| | |
|---|---|
| Adam Wolek<br>P 312.836.4063<br>F 312.527.4011<br>C 312.860.9006<br>awolek@taftlaw.com | Taft Stettinius & Hollister LLP<br>111 East Wacker, Suite 2800 **/** Chicago, IL 60601 USA<br>Tel: 312.527.4000 **/** Fax: 312.527.4011<br>www.taftlaw.com |

November 27, 2019

Gregory DiCocco
St. Jude Shop, Inc.
21 Brookline Blvd.
Havertown, PA 19083-3801
greg@stjudeshop.com

      **Re**:    *Subpoena in Civil Case*

Dear Mr. DiCocco:

      Plaintiff Art Akiane, LLC ("Art Akiane") is in litigation with Defendants Art & Soulworks LLC, Carol Corneliuson, and Carpentree, LLC to recover damages due to among other things, Defendants' unauthorized use, distribution, display, and production of Art Akiane's copyrighted artwork. Art Akiane alleges copyright and trademark infringement, contributory copyright infringement, inducement of copyright infringement, unjust enrichment, and unfair competition among various other claims against Defendants.

      To help establish its claims against Defendants, Art Akiane kindly requests the production of certain documents and information as set forth in the enclosed document subpoena. Helpful documents, include but are not limited to copies of any agreements, financial records, and communications with Defendants.[1]

      Please provide documents, communications, and records in electronic form to awolek@taftlaw.com or send copies to Adam Wolek, Taft Stettinius & Hollister LLP, 111 East Wacker, Suite 2800, Chicago, Illinois 60601. Please provide the requested information by December 10, 2019.

      Please let me know if you have any questions regarding the requested documents or St. Jude Shop, Inc.'s response to the subpoena. My phone number is (312) 836-4063 and I am happy to discuss any ways to make complying with this production request easier on you.

---

[1] Please be advised that you must preserve all documents and records relevant to this matter, including any documents that refer or relate to Art Akiane, Art & Soulworks, LLC, Carol Corneliuson, or Carpentree, LLC. The duty to preserve relevant information applies not only to paper documents but also to electronically stored information including computer files, email, and cellular text messages.

24226670.1

November 27, 2019
Page 2

        Very truly yours,

        Taft Stettinius & Hollister LLP

        Adam Wolek