EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ART AKIANE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  1:20-cv-05643 |
| | ) | |
| MARDEL, INC., ST. JUDE SHOP, | ) | Hon. Judge John J. Tharp, Jr. |
| INC., and CHRISTIANBOOK, LLC, | ) | |
| | ) | |
| Defendants | ) | |

**DECLARATION OF LOUIS R. DICOCCO**

I, Louis R. DiCocco, hereby declare as follows:

1.      I am the President of the St Jude Shop, Inc (the "St. Jude Shop").  I am authorized to make this declaration on St. Jude Shop's behalf.  Unless otherwise stated, I have first hand knowledge of all facts set forth in this declaration, either through my own personal knowledge or my review of the business records of the St. Jude Shop.  I would and could testify competently to the matters set forth in this declaration if call upon to do so.

2.      In 1965, I founded with my mother Norma DiCocco St. Jude Shop in Havertown, Pennsylvania. The store specializes in religious goods for retail. We offer (a) church supplies, (b) religious articles, (c) seasonal catalogs, and (d) an art studio of liturgical arts. Over the years, St. Jude Shop grew to other retail outlets in Northeast Philadelphia, South Philadelphia, Center City Philadelphia, Malvern PA, Sommerville, NJ, and Cherry Hill, NJ. But recently, St. Jude Shop has refocused its retail presence only to the Havertown, PA location. We currently and have never had any physical contact with the Midwest or the State of Illinois.

3.     On February 2, 2021, I offered this Court a first Declaration relating to our purchase of products in dispute in this matter. St. Jude Shop has no retail location in Illinois, St Jude Shop, Inc. is not an Illinois corporation, and St. Jude Shop has no principal place of business in Illinois. None of its principals are Illinois residents and St. Jude Shop does not employ sales agents canvassing Illinois.

4.     St Jude Shop's single retail location is located at 21 Brookline Blvd, Havertown, PA. Below is an image of outside of the store and a photo of the team located inside the shop and surrounded by thousands of the products sold.



Outside View of St Jude Shop



Inside view of St Jude Shop

5.      The Court can see how St. Jude Shop sells thousands of products from third parties. The allegations suggest that St. Jude Shop is somehow involved in a conspiracy to defraud an artist by creating and selling illegal copies. This suggestion is absurd and St. Jude Shop believes Pennsylvania Courts are the proper venue to resolve these false and misleading allegations. The mere notion Plaintiff has attacked and desires to litigate against a loyal retail outlet which valued and featured her works for years is absurd and illogical.

6.      We do not believe St. Jude Shop should be drawn into a two year old lawsuit located in Illinois in a global pandemic. This has and will result in great harm to our family business who already had to hire local counsel to defend these baseless accusations.

7.      We have been asked to quantify the sales of products in dispute in this matter featuring the art of Art Akiane.

8.      St. Jude Shop pulled online sales between 1/1/2018 and 2/12/2021 for the products in dispute. A copy of this report is attached as Exhibit A. During this period, St Jude sold a total of $2,084.55 in goods over the website. Attached as Exhibit B is the only order #97614 which was

billed and shipped to Art Akiane LLC, 585 Sumac Road, Unit 1250, Highland Park, Illinois 60035, the Plaintiff in this case. St. Jude Shop has made no online sales to Illinois during this period.

9.      But it appears, for some strange reason, that this Plaintiff places little to no trust in the collaborators it has used for a decade to promote its works. Looking further into our archives for possible secondary links with the State of Illinois, attached as Exhibit C are the only two products in this category. The first sale was invoiced #44793 and dates back 5 years to **December 5, 2016**, for one product for $112.95 shipped to Niles, Illinois, 60714. The second sale is invoice dates back 4 years as invoice #47952 from **February 7th, 2017**, for one product for $169.50 shipped to Chicago, Illinois 60646. No other sales in this category were sent to Illinois Corporations or Illinois residents. The total sales reviewed in this category rise to $18,293.15.

10.      Looking also at the archives of sold products at our retail location in Pennsylvania, often paid in cash or credit cards in the store shown above, out of $11,285.00 in sales over the past 6+ years, only three individuals provided us with Illinois-based contact information. A copy of these is attached Exhibit D. The first Customer 03C-192377, purchased on **September 3, 2015**, a small item for $7.80. The second is Customer 03C-195115, purchased **June 16, 2016**, a small item also for $7.80. The third and last Customer 03C-198589, purchased on **January 30, 2018**, one small product for $19.40. Once again, these sales performed in Pennsylvania are unrelated to Illinois.

11.      I have been advised that since the current matter relates to possible issues with copies of images authored by Art Akiane, and that the lawsuit was filed on September 23, 2020, the rules of Copyright Law and its statute of limitations of three years limit our search to the period of **September 23, 2017 to September 23, 2020**. Conservatively, as explained above, we have

opened the search to provide the Court with all of the useful and needed information is needs to find St. Jude Shop not to have given Illinois jurisdiction.

12.     Having conducted a full good faith investigation of all available invoices and available archives for online and non-online sales for the goods totaling $31,662.70 over a period ranging 6+ years, both at our retail location, ordered directly online (excluding the bad faith sale from the Plaintiff), these sales total over 6+ years to $317.45:

| May 24, 2019 | $70.00 | Exhibit B** Sale to Plaintiff |
| **Jan. 30, 2018** | **$19.40** | **Exhibit D** |
| Feb. 7, 2017 | $169.50 | Exhibit C |
| June 16, 2016 | $7.80 | Exhibit D |
| Dec. 5, 2016 | $112.95 | Exhibit C |
| Sept. 3, 2015 | $7.80 | Exhibit D |

13.     In the above, only one single sale of $19.40, is at issue in the related period. It is inconceivable to me that a family business from Pennsylvania, who did not sell a single product over the website aside from Plaintiff's bad faith purchase during the last three years would be dragged in Illinois Courts simply because one customer used an Illinois credit card in PA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

*Feb. 17, 2021*

*Louis R. DiCocco (signature)*

Louis R. DiCocco

# EXHIBIT A

# Product details

Search　　🔍　🔔　📅 Jan 1, 2018 - Feb 12, 2021

*23402*

All products　>　Prince%20of%20Peace-Isaiah

Product (Prince%20of%20Peace-Isaiah)　SKUs

| Revenue | Average price | Quantity sold |
|---|---|---|
| $0.00 | $0.00 | 0 |
| 0.00% | 0.00% | 0.00% |

| Orders | Visits | Abandon rate |
|---|---|---|
| 0 | 0 | 0.00% |
| 0.00% | 0.00% | 0.00% |

## SKUs

| SKU code | Revenue | Quantity sold | Orders |
|---|---|---|---|

# Product details

Search 🔍 🔔 📅 Jan 1, 2018  Feb 12, 2021

All products  >  Prince%20of%20Peace-23411

23411

Product (Prince%20of%20Peace 23411)  SKUs

| Revenue | Average price | Quantity sold |
|---|---|---|
| $0.00 | $0.00 | 0 |
| 0.00% | 0.00% | 0.00% |

| Orders | Visits | Abandon rate |
|---|---|---|
| 0 | 0 | 0.00% |
| 0.00% | 0.00% | 0.00% |

## SKUs

| SKU code | Revenue | ⌄ | Quantity sold | Orders |
|---|---|---|---|---|

# Product details

Search 🔍 🔔 📅 Jan 1, 2018  Feb 12, 2021

All products  >  Prince%20of%20Peace%2C%20Framed%20Artwork%2023409

*23409*

Product (Prince%20of%20Peace%2C%20Framed%20Artwork%2023409)    SKUs

| Revenue | Average price | Quantity sold |
|---------|---------------|---------------|
| $0.00   | $0.00         | 0             |
| 0.00%   | 0.00%         | 0.00%         |

| Orders | Visits | Abandon rate |
|--------|--------|--------------|
| 0      | 0      | 0.00%        |
| 0.00%  | 0.00%  | 0.00%        |

## SKUs

| SKU code | Revenue | ⌄ | Quantity sold | Orders |
|----------|---------|---|---------------|--------|



# Product details

Search   🔍   🔔   📅 Jan 1, 2018 - Feb 12, 2021

All products   >   12217

*234(53*

Fleur de Lis Paschal Candles    SKUs

| Revenue | Average price | Quantity sold |
|---|---|---|
| $588.55 | $196.18 | 3 |

| Orders | Visits | Abandon rate |
|---|---|---|
| 3 | 128<br>+12.00% | 64.29% |

## SKUs

| SKU code | Revenue | ⌄ Quantity sold | Orders |
|---|---|---|---|

# Product details

Search    🔍   🔔    📅 Jan 1, 2018  Feb 12, 2021

All products  >  10734

*AK-295*

Prince of Peace Journal Ensemble     SKUs

| Revenue | Average price | Quantity sold |
|---|---|---|
| $636.40 | $19.89 | 32 |

| Orders | Visits | Abandon rate |
|---|---|---|
| 25 | 331 | 62.32% |

## SKUs

| SKU code | Revenue | Quantity sold ⌄ | Orders |
|---|---|---|---|

# Product details

Search    🔍   🔔   📅 Jan 1, 2018   Feb 12, 2021

All products  >  10733

Prince of Peace Tapestry    SKUs

$AK-6001$

| Revenue | Average price | Quantity sold |
|---|---|---|
| $789.60 | $98.70 | 8 |

| Orders | Visits | Abandon rate |
|---|---|---|
| 8 | 573 | 75.76% |

## SKUs

| SKU code | Revenue | ⌄ Quantity sold | Orders |
|---|---|---|---|

# Product details

Search    Jan 1, 2018   Feb 12, 2021

All products  >   10493

23455

Prince of Peace, Framed Artwork 13.5 x14.5in    SKUs

| Revenue | Average price | Quantity sold |
|---------|---------------|---------------|
| $0.00   | $0.00         | 0             |
| 0.00%   | 0.00%         | 0.00%         |

| Orders | Visits | Abandon rate |
|--------|--------|--------------|
| 0      | 187    | 0.00%        |
| 0.00%  |        | 0.00%        |

SKUs

| SKU code | Revenue | ⌄ | Quantity sold | Orders |
|----------|---------|---|---------------|--------|

# Product details

Search    🔍   🔔    📅 Jan 1, 2018 - Feb 12, 2021

#23459

All products   >   3712

Prince of Peace-And He shall be called, 13x11in    SKUs

| Revenue | Average price | Quantity sold |
|---|---|---|
| $70.00 | $70.00 | 1 |

| Orders | Visits | Abandon rate |
|---|---|---|
| 1 | 180 | 85.71% |

## SKUs

| SKU code | Revenue | ⌄ Quantity sold | Orders |
|---|---|---|---|

# EXHIBIT B



## ST JUDE SHOP
### Serving Christ in the World

St. Jude Shop, Inc. Invoice for Order #97614

**21 Brookline Blvd**
**Havertown, PA 19083**

### Billing Details

**Mark Kramarik**
Art Akiane LLC
833 Central Ave.
Unit 1250
Highland Park, Illinois 60035
United States

Title

Phone: 2084161631
Email: markskramarik7@yahoo.com

### Shipping Details

**Mark Kramarik**
Art Akiane LLC
585 Sumac Road
Unit 1250
Highland Park, Illinois 60035
United States

Title

Phone: 2084161631
Email: prints@artakiane.com

| Order: | #97614 | Order Date: | 24th May 2019 |
|---|---|---|---|
| **Payment Method:** | PayPal ($83.00) | **Shipping Method:** | Standard shipping 3-5 day |

### Order Items

| Qty | Code/SKU | Product Name | Price | Total |
|---|---|---|---|---|
| 1 | 23459 | Prince of Peace-And He shall be called, 13x11in | $70.00 USD | $70.00 USD |
| | | | Subtotal: | $70.00 USD |
| | | | Shipping: | $13.00 USD |
| | | | **Grand Total:** | **$83.00 USD** |

# EXHIBIT C



# ST JUDE SHOP
## Serving Christ in the World

## St. Jude Shop, Inc. Invoice for Order #47952

**21 Brookline Blvd**
**Havertown, PA 19083**

### Billing Details

**Marcos**
W. Walton St.
Chicago, Illinois 60651
United States

Title
Mr.

Phone
Email:

### Shipping Details

**Ana**
North Nagle
Chicago, Illinois 60646
United States

Title
Ms.

Phone
Email:

| | | |
|---|---|---|
| **Order:** | #47952 | |
| **Payment Method:** | Credit Card ($169.50) | |

| | |
|---|---|
| **Order Date:** | 7th Feb 2017 |
| **Shipping Method:** | USPS (Priority Mail) |

### Order Items

| Qty | Code/SKU | Product Name | Price | Total |
|---|---|---|---|---|
| 1 | 23453 | Prince of Peace Framed Art-23453 | $159.00 USD | $159.00 USD |
| | | | Subtotal: | $159.00 USD |
| | | | Shipping: | $10.50 USD |
| | | | **Grand Total:** | **$169.50 USD** |



## St. Jude Shop, Inc. Invoice for Order #44793

**21 Brookline Blvd**
**Havertown, PA 19083**

| **Billing Details** | | **Shipping Details** | |
|---|---|---|---|
| **Annette** | | **Annette** | |
| Niles, Illinois 60714 | | Niles, Illinois 60714 | |
| United States | | United States | |
| Title | | Title | |
| Phone | | Phone: | |
| Email: | | Email: | |

| Order: | #44793 | Order Date: | 5th Dec 2016 |
|---|---|---|---|
| **Payment Method:** | Credit Card ($112.95) | **Shipping Method:** | USPS (Priority Mail) |

### Order Items

| Qty | Code/SKU | Product Name | Price | Total |
|---|---|---|---|---|
| 1 | 23455 | Prince of Peace-23455 | $98.00 USD | $98.00 USD |
| | | | Subtotal: | $98.00 USD |
| | | | Shipping: | $14.95 USD |
| | | | **Grand Total:** | **$112.95 USD** |

# EXHIBIT D

```
Customers                                                    ST. JUDE SHOP, INC.

  1. Customer #     03C 192377
  2. First name
  3. Address 1
  4. City           CRESTWOOD        State IL   Zip code 60445
  5. Contact-1                                  Phone 1
  6. Contact-2                                  Phone 2
  7. Email
  8. Sales rep      NONE         NONE
  9. Parent cust

 10. Cust type      Misc cash               20. Ecommerce ?    N
 11. Category       RET    Retail           21. Unposted bal   .00
 12. Tax code       NONE   PER LOCATION      22. Credit limit   300
 13. Tax exempt #                           23. Credit rating
 14. Ship-via       UPS United Parcel Servic 24. Credit hold    None
 15. Ship zone                              25. Allow checks ? Y
 16. Commis pct     (Not applicable)        26. First sale on  9/03/15
 17. Discount pct   .000                    27. Last sale on   9/03/15
 18. Card-#/Exp     ************6353    /1017 28. Last sale amt  7.80
 19. Comment                                29. (Reserved)
```

View ticket history                                    ST. JUDE SHOP, INC.

Store #   1              Cust #: 03C-192377              Date: 9/03/15
Ticket #  434108
                        P.O.#:

| Item number | Description | Qty | Price | Ext price |
|---|---|---|---|---|
| 01 011C | PRINCE/PEACE LAMM.WALLET | 4 | 1.950 | 7.80 |

| No. of lines | 1 | CARD | 10.80 | | |
|---|---|---|---|---|---|
| Order number | 202980 | | | Discount | 7.80 |
| Order date | 9/03/15 | | | Tax | .00 |
| Location | MAIN | | | Freight | .00 |
| Profit center | 000 | | | Total | 10.80 |

```
Customers                                              ST. JUDE SHOP, INC.

 1. Customer #      03C-195115
 2. First name
 3. Address-1
 4. City            CRYSTAL LAKE       State IL  Zip code 60012
 5. Contact-1                                    Phone-1
 6. Contact-2                                    Phone-2
 7. Email
 8. Sales rep       NONE          NONE
 9. Parent cust

10. Cust type       Misc cash                  20. Ecommerce ?    N
11. Category        RET    Retail              21. Unposted bal   .00
12. Tax code        EX     Exempt              22. Credit limit   300
13. Tax exempt #                               23. Credit rating
14. Ship-via        UPS United Parcel Servic   24. Credit hold    None
15. Ship zone                                  25. Allow checks ? Y
16. Commis pct      (Not applicable)           26. First sale on  6/16/16
17. Discount pct    .000                       27. Last sale on   6/16/16
18. Card-#/Exp      *************7179   /0219   28. Last sale amt  7.80
19. Comment                                    29. (Reserved)
```

```
View ticket history                                    ST. JUDE SHOP, INC.

Store #   1           Cust-#: 03C-195115                Date: 6/16/16
Ticket #  473502
                      P.O.#:

Item number    Description                   Qty        Price      Ext price
01-011C        PRINCE/PEACE LAMM.WALLET  T    4         1.950           7.80




No. of lines  1                 CARD      8.75                          7.80
Order number  212524                              Discount             .00
Order date    6/13/16                             Tax                  .00
Location      MAIN                                Freight              .95
Profit center 000                                 Total               8.75
```

```
Customers                                          ST. JUDE SHOP, INC.

  1. Customer #      03C-198589
  2. First name
  3. Address-1
  4. City            CHICAGO         State IL  Zip code 60652
  5. Contact-1                                 Phone-1
  6. Contact-2                                 Phone-2
  7. Email
  8. Sales rep       NONE          NONE
  9. Parent cust

 10. Cust type       Misc cash               20. Ecommerce ?     N
 11. Category        RET    Retail           21. Unposted bal    .00
 12. Tax code        EX     Exempt           22. Credit limit    300
 13. Tax exempt #                            23. Credit rating
 14. Ship-via        UPS United Parcel Servic 24. Credit hold    None
 15. Ship zone                               25. Allow checks ? Y
 16. Commis pct      (Not applicable)        26. First sale on  1/30/18
 17. Discount pct    .000                    27. Last sale on   1/30/18
 18. Card-#/Exp      ************3804    /0420 28. Last sale amt  19.50
 19. Comment                                 29. (Reserved)
```

```
View ticket history                                    ST. JUDE SHOP, INC.

Store-#   1        Cust-#: 03C 198589              Date: 1/30/18
Ticket-#  534533
                   P.O.#:

Item number    Description                Qty        Price     Ext price
01-011C        PRINCE/PEACE LAMM.WALLET  T   10       1.950        19.50




No. of lines  1              CCC     23.45                      19.50
Order number  229059                      Discount               .00
Order date    1/29/18                     Tax                    .00
Location      MAIN                        Freight               3.95
Profit center 000                         Total                23.45
```