EXHIBIT C

## Villeneuve, Alain

| | |
|---|---|
| **From:** | Villeneuve, Alain |
| **Sent:** | Friday, January 15, 2021 11:36 AM |
| **To:** | Wolek, Adam |
| **Cc:** | Horwath, Nichole L. |
| **Subject:** | Request for License |
| **Attachments:** | Akiane Letter.pdf |

Adam:

We are trying to move as fast as possible here.

See the attached. Truth is, if I get deep into that other case, fees will go up and defeat the purpose here. So if we can just get that quick document, cement a period we will be able to make an offer.

Alain





Check out our *Duane Morris Law Blogs*