# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Art Akiane LLC

                       Plaintiff,

v.                                                 Case No.: 1:20−cv−05643
                                                          Honorable John J. Tharp Jr.

Mardel, Inc., et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 22, 2021:

      MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiff's motion for extension of time [22] is granted over Defendant St. Jude's objection. Plaintiff's response to the pending motion to dismiss [14] is held in abeyance pending ruling on Plaintiff's motion for jurisdictional discovery [18]. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.