UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART AKIANE LLC, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-05643 |
| MARDEL, INC., ST. JUDE SHOP, INC., and CHRISTIANBOOK, LLC, | ) ) Hon. Judge John J. Tharp, Jr. ) ) |
|     Defendants | ) |

## NOTICE OF APPEAL

Notice is hereby given that St. Jude Shop, Inc., Defendant in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order entered in this action on March 29, 2022 (Dkt. 73) denying the Defendant's Motion for Attorney's Fees.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 28, 2022 | */s/ Alain Villeneuve* <br> Alain Villeneuve <br> Duane Morris LLP <br> 190 South LaSalle St. <br> Suite 3700 <br> Chicago, IL 60603 <br> Tel: (312) 499-6739 <br> Fax: (312) 277-3967 <br><br> *Attorneys for St. Jude Shop, Inc.* |

DM2\15695865.1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 28, 2022, he caused the foregoing document to be electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, using the Court's CM/ECF system, which will send electronic notification of the filing to those parties who have appeared and are registered as CM/ECF participants in this matter. Parties may access this filing through the Court's CM/ECF system.

*/s/ Alain Villeneuve*